AO 91 (Rev. 3/99) Criminal Complaint

# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**
**V.**

**Jaime Avila, Jr.**

**CRIMINAL COMPLAINT**

**CASE NUMBER:** 10-629M

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

### See Attached Charges Incorporated by Reference Herein

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that this complaint is based on the following facts:

### See Attached Statement of Probable Cause Incorporated by Reference Herein

Continued on the attached sheet and made a part hereof:     X YES     ☐ NO

AUTHORIZED BY: AUSA Emory Hurley

Tonya English
_____
Name of Complainant

Sworn to before me and subscribed in my presence,

December 16, 2010
_____
Date

HON. MICHELLE H. BURNS,
United States Magistrate Judge
_____
Name and Title of Judicial Officer

_____
Signature of Complainant

Phoenix, Arizona     At
_____
City and State

_____
Signature of Judicial Officer

## CHARGES

### COUNT 1

On or about June 15, 2010, defendant JAIME AVILA, Jr., knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Scottsdale Gun Club, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, in that defendant executed a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473, Firearms Transaction Record, representing that his current residential address was a particular address on West Monte Vista Road, Phoenix, Arizona, whereas in truth and in fact, as defendant well knew, he no longer lived at that address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

<u>STATEMENT OF PROBABLE CAUSE</u>

I, Tonya A. English, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), having first been duly sworn upon her oath, deposes and states as follows:

1.  Your affiant is employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and has been so employed for over 3 years.  Prior to your affiant's current employment with ATF, your affiant was a Patrol Officer, Narcotics Detective, Field Training Officer and Sergeant with the Arlington Police Department, Arlington, TX, for approximately eight and one half years.

2.  As an ATF Special Agent, my duties include the investigation of alleged violations of Federal criminal law relating to the illegal acquisition, possession and distribution of firearms.  I have received specialized training and experience relating to these statutes and am familiar with the manner in which firearms are unlawfully acquired, transported, distributed and possessed.  I have conducted or participated in numerous investigations involving persons who acquire firearms illegally from Federal Firearms Licensees (FFL).

3.  Since this affidavit is being submitted for the limited purposes of obtaining a Criminal Complaint and Arrest Warrant; your affiant has not included each and every known fact concerning this investigation.  Rather, I have set forth only the facts that I believe are essential in establishing the necessary foundation for the requested Criminal Complaint and Arrest Warrant.  The evidence

supporting these allegations is either the result of your affiant's own personal investigation or information that has been provided to your affiant by other ATF Special Agents and law enforcement officers (LEO'S).

4. On June 12, 2010, Jaime AVILA Jr. purchased one (1) Smith & Wesson, Model – 645, .45caliber pistol, serial number: TAZ4675, from the Federal Firearms Licensee (FFL), Cooperstate Guns, located at 6711 W. Glendale Ave., Glendale, AZ 85303. AVILA paid $450.47 for this firearm.

5. Your affiant has reviewed the ATF Form 4473, Firearms Transaction Record, completed by AVILA for this transaction. AVILA provided his "Current Residence Address" in block "2" of the ATF Form 4473, Firearms Transaction Record, as a particular address on West Monte Vista Road, Phoenix, Arizona. AVILA was identified by his correct DOB and AZ Driver's License number recorded on this ATF Form 4473.

6. On June 12, 2010, Jaime AVILA Jr. purchased two (2) Taurus, Model – PT24/7, .45 ACP caliber semi-automatic pistols, serial numbers: NDN64379 and NCV83961, and one (1) Taurus, Model – PT24/7, .40 S&W caliber semi-automatic pistols, serial number: SD070055, from the Federal Firearms Licensee (FFL), Lone Wolf Trading Company, located at 5140 W. Peoria Ave., Glendale, AZ 85302. AVILA paid $1,212.65 cash for these firearms.

7. Your affiant has reviewed the ATF Form 4473, Firearms Transaction Record, completed by AVILA for this transaction. AVILA provided his "Current Residence Address" in block "2" of the ATF Form 4473, Firearms Transaction

Record, as a particular address on West Monte Vista Road, Phoenix, Arizona. AVILA was identified by his correct DOB and AZ Driver's License number recorded on this ATF Form 4473.

8. On June 15, 2010, Jaime AVILA Jr. purchased three (3) Ruger, Model – P95, 9mm semi-automatic pistols, serial numbers: 317-41187, 317-41201, and 317-41200 from the Federal Firearms Licensee (FFL), Lone Wolf Trading Company, located at 5140 W. Peoria Ave., Glendale, AZ 85302.  AVILA paid $982.22 cash for these firearms.

9. Your affiant has reviewed the ATF Form 4473, Firearms Transaction Record, completed by AVILA for this transaction.  AVILA provided his "Current Residence Address" in block "2" of the ATF Form 4473, Firearms Transaction Record, as a particular address on West Monte Vista Road, Phoenix, Arizona. AVILA was identified by his correct DOB and AZ Driver's License number recorded on this ATF Form 4473.

10. On June 15, 2010, Jaime AVILA Jr. purchased one (1) Barrett, Model 82A1, 50 BMG caliber semi-automatic rifle, serial number: 14753 from the Federal Firearms Licensee (FFL), Scottsdale Gun Club, located at 14860 N. Northsight Blvd., Scottsdale, AZ 85260. AVILA paid $9,260.70 cash for this firearm.

11. Your affiant has reviewed the ATF Form 4473, Firearms Transaction Record, completed by AVILA for this transaction.  AVILA provided his "Current Residence Address" in block "2" of the ATF Form 4473, Firearms Transaction Record, as a particular address on West Monte Vista Road, Phoenix, Arizona.

AVILA was identified by his correct DOB and AZ Driver's License number recorded on this ATF Form 4473.

12. On December 15, 2010, your affiant reviewed documents that reflect that on April 5, 2010, the property located at the address on West Monte Vista Road, Phoenix, AZ, was sold at public auction.

13. On December15, 2010, ATF Special Agent Jose Medina interviewed the current occupant of the address on West Monte Vista Road, Phoenix, AZ, which AVILA listed as his current address on the above referenced ATF Form 4473s. The current occupant of the address stated that they purchased the residence in April of 2010. The occupant further advised they had resided at this address continually since that time (April 2010) and did not know Jaime AVILA and at no time since they assumed custody of this address did Jaime AVILA reside with them at this address.

14. On December 15, 2010, ATF S/A's Tonya English and Christi Van Werden interviewed AVILA at his sister's residence on  72nd Avenue, Phoenix, AZ. AVILA admitted to purchasing approximately forty (40) AK-47 type rifles for an unidentified Hispanic male since the beginning of the year. AVILA advised he was paid approximately fifty dollars to purchase each firearm. AVILA advised the firearms after the purchase were given to the unidentified Hispanic male who provided AVILA money to purchase the firearms. AVILA admitted to lying on the ATF Forms 4473, Firearms Transactions Records, when AVILA answered "yes" to question 11a "Are you the actual transferee/buyer

of the firearms listed on this form?" AVILA admitted he had not resided at the particular address on West Monte Vista Rd., Phoenix, AZ, for two or three years. AVILA admitted to being untruthful when he provided the address on West Monte Vista Rd., Phoenix, AZ, as his current residence on the ATF Forms 4473, Firearms Transactions Records. AVILA used the address because it was the address still listed on his Arizona Driver's License. AVILA denied purchasing any pistols including the three Ruger model P95 pistols purchased on June 15, 2010. AVILA admitted the handwriting on the ATF Form 4473, Firearms Transaction Record, dated January 16, 2010, Sections 1-8, was his handwriting. S/A English reviewed AVILA's ATF Form 4473, Firearms Transaction Record, dated January 16, 2010, as well as his other ATF Form 4473s referenced above, and observed that AVILA is identified on all of the forms by the same DOB and AZ Driver's License number. Additionally, the handwriting on all of the forms appeared to be the same handwriting.

For the foregoing reasons, probable cause exists to charge JAIME AVILA, Jr., with violations of Title 18, United State Code, Sections 924(a)(1)(A).

_Tonya English_
TONYA ENGLISH
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to and subscribed before me this 16th day of December 2010.

_Michelle Burns_
HON. MICHELLE H. BURNS
United States Magistrate Judge